IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

USA )
 )
       Plaintiff(s), )
 )
vs. ) Case No. 07-20168-JWL
 )
WESLEY, et al )
 )
       Defendant(s). )
 )
 )

## QUESTION FROM THE JURY

YOUR HONOR,

Was Gov. Ex 269 entered into evidence?

If so may we please have it.

Dated at __7th__ on __May__, Time __11:47 am__.

Signature of Presiding Juror

ANSWER OF THE JUDGE,

The exhibit was admitted for demonstrative purposes only and so it may not be given to you during deliberations.

Dated at __Kansa City, KS__ on __7 May 2009__, Time __1:21 p.m.__

Signature of Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

USA

       Plaintiff(s),

vs.                      Case No. 07-20168-JWL

Wesley, et al

       Defendant(s).

### QUESTION FROM THE JURY

YOUR HONOR,

Instr. 19 states gov't must prove each of the following beyond a reasonable doubt (¶3), and Instr. 20 states beyond a preponderance of evidence (¶2). Could we please have guidance towards which to use; reasonable doubt or preponderance of evidence for counts 11, 14, 15, 19, 34 + 37

Dated at KC, KS on 7, May 2009, Time 2:59 pm.

    [signature redacted]

Signature of Presiding Juror

ANSWER OF THE JUDGE,

The only time that the preponderance of the evidence standard applies in the context in which you have inquired is to determine whether or not a particular call at issue was made from or received in the State of Kansas. In all other respects, the government's burden of proof is beyond a reasonable doubt.

Dated at Kansas City, KS on 7 May 2009, Time 3:32 p.m.

*John W. Lungstrum*

Signature of Judge

#2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

USA

        Plaintiff(s),

vs.

Wesley, et al

        Defendant(s).

Case No. 07-20168-JWL

### QUESTION FROM THE JURY

YOUR HONOR,

Under count 1, the verdict form has three questions. Questions 2 + 3 specifically mention the conspiracy but question 1 does not. Are we to mark question one according to the defendant or the conspiracy?

Dated at KC, KS on 8th of May, Time 2:45 pm.

Signature of Presiding Juror

ANSWER OF THE JUDGE,

The question about which you inquire pertains to the conspiracy. Therefore, your answers to questions 1-3 concerning Count 1 should be the same for each defendant whom you find guilty of Count 1.

Dated at Kansas City, KS on 8 May 2009, Time 3:28 p.m.

Signature of Judge

#3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

USA

Plaintiff(s),

vs.                                                Case No. 07-20168-JWL

Wesley, et al

Defendant(s).

QUESTION FROM THE JURY

YOUR HONOR,

On p.6, Count 17 says "attempted to possess w/ intent to dist. 5 kg". On p. 33, Inst 21, the 1st essential element states the defendant attempted to possess w/ intent to dist. a controlled substance", but does not state a quantity. Is there a quantity requirement or not?

Dated at KC, KS on 8th May, Time 3:25 pm.

Signature of Presiding Juror

ANSWER OF THE JUDGE,

The elements are as stated in Instruction 21. That instruction informs you of what the government must prove beyond a reasonable doubt in order to find a defendant guilty. Instruction 25 then tells you that if you find a defendant guilty you then must make an additional finding as to quantity, as set out on the Verdict Form.

Dated at Kansas City, KS on 5/8/09, Time 3:36 p.m.

Signature of Judge

#4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

USA

　　　　　Plaintiff(s),

vs.                                    Case No. 07-20168-JWL

Wesley, et al

　　　　　Defendant(s).

## QUESTION FROM THE JURY

YOUR HONOR,

We are stuck on a specific count. Are we permitted to consider evidence in the entire conspiracy for a count other than ct. 1? Or should we just take into consideration evidence on or about that date of the specific count? Inst. 10 is unclear.

Dated at KC, KS on May 13, 08, Time 9:37 am.

[signature redacted]

Signature of Presiding Juror

ANSWER OF THE JUDGE,

Instruction Number 10 provides in part, "Although the same evidence can be relevant to multiple counts, each count, and the evidence pertaining to it, should be considered separately." That means that you can consider any evidence in this case that you find relevant to arriving at a verdict on the count in question.

Dated at K.C., KS on 13 May 2009, Time 10:10 a.m.

John W. Lungstrum
Signature of Judge

#5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

USA.

        Plaintiff(s),

vs.

Wesley, et al

        Defendant(s).

Case No. 07-20168-JWL

## QUESTION FROM THE JURY

YOUR HONOR,

On a cell phone count can we only use the phone calls involving the specific individual or can we use any call of that day to establish location of an individual even if the specific individual is not on the call.

Dated at KC, KS on 13 May 07, Time 11:50 a

Signature of Presiding Juror

ANSWER OF THE JUDGE,

The jury may rely on any evidence which you find relevant to establishing the location of the individual in question.

Dated at K.C., KS on May 13, 2009, Time 12:12 p.m.

John W. [signature]
Signature of Judge

#6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

USA

        Plaintiff(s),

vs.                              Case No. 07-20168-JWL

Wesley, et al

        Defendant(s).

## QUESTION FROM THE JURY

YOUR HONOR,

Instr. 26, 3rd element → does the evidence that the offense either began, continued or completed in the state of Kansas apply to the gun

Dated at KC, KS on 13 May 09, Time 4:50 pm.

Signature of Presiding Juror

ANSWER OF THE JUDGE,

Yes.

Dated at K.C., KS on 13 May 2009, Time 5:03 p.m.

Signature of Judge

#1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

USA )
  ) Plaintiff(s), )
  )
vs. ) Case No. 07-20168-JWL
  )
Wesley, et al )
  ) Defendant(s). )
  )

## QUESTION FROM THE JURY

YOUR HONOR,

What do you consider a reasonable definition of accessibility?

Dated at KC, KS on 14 May 08, Time 11:27 am.

Signature of Presiding Juror

ANSWER OF THE JUDGE,

I cannot give you a precise definition. You must take into account the totality of the circumstances as revealed by the evidence in the case.

Dated at K.C., KS on 14 May 2009, Time 11:53 a.m.

Signature of Judge

#8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

USA,

        Plaintiff(s),

vs.

Wesley, et al

        Defendant(s).

Case No. 07-20168-JWL

## QUESTION FROM THE JURY

YOUR HONOR,

Inst. 26 provides a list of 9 factors to help determine whether possession of a firearm furthers, advances, or helps advance a drug trafficking crime. How many factors are needed to determine the furtherance of a drug trafficking crime?

Dated at KC, KS on 14 May 08, Time 11:22 am.

Signature of Presiding Juror

ANSWER OF THE JUDGE,

I cannot give you a mathmatical formula. You must decide this considering all of the evidence in the case.

Dated at K.C., KS on 14 May 2009, Time 11:52 a.m.

John W. ~~~~~~
Signature of Judge

#9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

USA

        Plaintiff(s),

vs.

Wesley, et al

        Defendant(s).

Case No. 07-20168-JWL

### QUESTION FROM THE JURY

YOUR HONOR,

We are struggling to reach an unanimous decision on one charge. Should we move on to another charge? Will one undecided charge hang the entire trial or just that count?

Dated at KC, KS on 14 May 09, Time 4:28 pm.

_____
Signature of Presiding Juror

ANSWER OF THE JUDGE,

You may return a verdict on any counts, if any, and as to whichever defendants, if any, concerning which you have arrived at a unanimous verdict. In doing so you may tell us that you are unable to arrive at unanimous verdict as to other counts or defendants.

Dated at K.C., KS on 14 May 2009, Time 4:37 p.m.

John W. Lungstrum
Signature of Judge

#10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

USA.

　　　　　Plaintiff(s),

vs.                                          Case No. 07-20168-JWL

Wesley, et al

　　　　　Defendant(s).

## QUESTION FROM THE JURY

YOUR HONOR,

Ct.1 for conspiracy, Inst. 12 has 4 essential elements. According to instruction 14, if element one is not met then it states we must find the defendant not guilty. Inst 27 says Ct. 1 is included, does that mean we could only use these two essential elements of Inst. 27 to find guilty of conspiracy?

Dated at KC, KS on 14 May 08, Time 4:07 pm.

_____
Signature of Presiding Juror

ANSWER OF THE JUDGE,

Members of the jury, I am unable to provide you any additional guidance on this matter. You must follow all of the instructions given you by the court and decide this case on all the evidence which has been submitted.

Dated at K.C., KS on 15 May 2009, Time 9:13 a.m.

John W. Lungstrum
Signature of Judge

#11

07-20168-JWL

15 May 09
10:05 am

Judge,
 A juror has done outside research by timing w/a stop watch how long it takes to retrieve an item from the floorboard of the car while sitting at red lights. This has been brought into the jury room and shared with other jurors.